# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TRUSTEES OF THE WILL COUNTY LOCAL )
174 CARPENTERS PENSION TRUST FUND )
and WILL COUNTY LOCAL 174 WELFARE )
FUND, )
                                                     ) No. 21 cv 3578
                      Plaintiffs, )
                                                     )
v. )
                                                     )
CTT CONSTRUCTION LLC, an Illinois Limited )
Liability Company, doing business as )
PLAINFIELD CONSTRUCTION COMPANY, )
                                                     )
                      Defendant. )

## COMPLAINT

Plaintiffs, TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 CARPENTERS WELFARE FUND, by their attorneys, PAUL M. EGAN and ARNOLD AND KADJAN, LLP, complain against Defendant, CTT CONSTRUCTION LLC, an Illinois Limited Liability Company, doing business as PLAINFIELD CONSTRUCTION COMPANY, as follows:

## COUNT I

### Jurisdiction and Venue

1.    (a)    Jurisdiction of this cause is based on Section 301 of the National Labor Relations Act, 29 U.S.C. Section 185(c) as amended.

        (b)    Venue is founded pursuant to 29 U.S.C. Section 185(a) in this District as the Plaintiffs Funds, which are third party beneficiaries to the collective bargaining agreement

between Will County Local 174 (the Union) and its affiliated locals, whose employees are or were covered by one or more Collective Bargaining Agreements with the Union who have their office here in this judicial district, have their office and are administered here in this judicial district.

### The Parties

2. The Funds have been established pursuant to Collective Bargaining Agreements previously entered into between the Will County Local 174 and its affiliated locals the Union and its affiliated locals, whose employees are or were covered by one or more Collective Bargaining Agreements with the Union.

3. The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, 29 U.S.C. Section 186 et. Seq., and the Employee Retirement Security Act, 29 U.S.C. Section 1001, et. Seq., and also pursuant to the terms and provisions of the Collective Bargaining Agreement and Declarations of Trust ("Trust Agreements") which established the Fund.

4. Defendant, **CTT CONSTRUCTION LLC**, an Illinois Limited Liability Company, doing business as **PLAINFIELD CONSTRUCTION COMPANY** (referred to as **CTT**) is an employer engaged in an industry affecting commerce. On information and belief, since on or before February 10, 1986, **PLAINFIELD CONSTRUCTION COMPANY** (referred to as **PLAINFIELD**) has been a party to a Labor Agreement whereby **PLAINFIELD** agreed to be bound by the provisions of the Labor Agreement and to the Declarations of Trust, including the Welfare Fund. See **PLAINFIELD's** agreement with the Union, attached as Exhibits 1.

5. Upon information and belief, **CTT** became the new name of **PLAINFIELD** in 2019, and **CTT** continues to operate under the assumed name of **PLAINFIELD.**

## The Agreements

6. Pursuant to the provisions of the Mid-American Bargaining Association Agreement, Will County Carpenters Agreement, **CTT d/b/a PLAINFIELD** is bound to the Trust Agreements and is required to make periodic contributions to the Funds for each hour worked by its bargaining unit employees working within the occupational and jurisdictional scope described therein at the rate and in the manner specified by the Labor Agreement and Trust Agreements. See Exhibit 2, §§ 6.5(j), 6.6(h), 6.7(h).

7. Under the terms of the Labor Agreement and Trust Agreements to which it is bound, **CTT d/b/a PLAINFIELD** is required to pay liquidated damages provided for under the Trust Agreements of at least 10% of the amount that is due for unpaid, under-paid or late paid contributions. In addition **CTT d/b/a PLAINFIELD** is required to pay all attorneys' fees and court costs incurred by the Funds in the collection process. Welfare Trust Agreement, attached as Exhibit 3, Article VI, § 3.

8. Reports and corresponding payment are due to be received by the benefit funds by the 15th of the month following the month that the work was performed. Reporting Form, attached as Exhibit 4.

## The Claim

9. **CTT d/b/a PLAINFIELD** has breached the provisions of the Labor Agreement and Trust Agreements by failing to failing to pay accumulated liquidated damages which are owed based on the company's failure to timely pay its fringe benefit fund contributions, in the amount of at least **$35,542.89**. See spreadsheet of liquidated damages owed, attached as Exhibit 5.

10. Plaintiffs have been required to employ the undersigned attorneys to collect the

monies that may be found to be due and owing from **CTT d/b/a PLAINFIELD.**

## Relief Sought

WHEREFORE, Plaintiffs pray for relief as follows:

A. That judgment be entered in favor of Plaintiffs and against **CTT d/b/a PLAINFIELD** in the amount of **$35,542.89** for unpaid liquidated damages;

B. That Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and court costs incurred in the prosecution of this action;

C. That this Court retain jurisdiction of this matter to supervise enforcement of any resulting money judgment and further supplementary proceedings against **CTT d/b/a PLAINFIELD**; and

D. That this Court grant such other and further relief as may be appropriate under the circumstances.

## COUNT II

10. Plaintiffs repeat and reallege Paragraphs 1-9 as if more fully stated herein.

11. Plaintiffs seek alternate relief under federal common law.

### Jurisdiction, Venue and Standing

12. Jurisdiction of this cause is proper in this court as federal common law governs he interpretation of contracts in the context of ERISA and Plaintiffs are an ERISA plan.

13. Venue is founded pursuant to federal common law in this District, as both Plaintiffs and **CTT d/b/a PLAINFIELD** have offices in this District.

14. Plaintiffs have standing in this matter as they are third party beneficiaries to the collective bargaining agreement between the Union and its affiliated locals, and

certain employer associations whose employees are or were covered by one or more Collective Bargaining Agreements with the Union.

### Relief Sought

WHEREFORE, Plaintiffs pray for relief as follows:

A. That judgment be entered in favor of Plaintiffs and against **CTT d/b/a PLAINFIELD** in the amount of **$35,542.89** for unpaid liquidated damages;

B. That Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and court costs incurred in the prosecution of this action;

C. That this Court retain jurisdiction of this matter to supervise enforcement of any resulting money judgment and further supplementary proceedings against **CTT d/b/a PLAINFIELD**; and

D. That this Court grant such other and further relief as may be appropriate under the circumstances.

Respectfully submitted,

**TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS, et al.**

By: s/ Paul M. Egan
One of their Attorneys

PAUL M. EGAN
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
(312) 236-0415

5