IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CTT CONSTRUCTION LLC, an Illinois Limited Liability Company, doing business as PLAINFIELD CONSTRUCTION COMPANY, <br><br> Defendant. | No. 21 cv 3578 <br><br> Judge: Valderrama <br><br> Magistrate Judge: Fuentes |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND AND WILL COUNTY LOCAL 174 WELFARE FUND, by counsel, and hereby dismiss this action against Defendants, CTT CONSTRUCTION LLC, an Illinois Limited Liability Company, d/b/a PLAINFIELD CONSTRUCTION COMPANY, without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

In support thereof, Plaintiffs state:

1. Plaintiffs filed their Complaint on July 6, 2021.
2. Defendants not having answered, Plaintiffs may voluntarily dismiss the case without prejudice.

WHEREFORE, Plaintiffs give this notice, dismissing the case without prejudice.

Respectfully submitted,

**TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND AND WILL COUNTY LOCAL 174 WELFARE FUND**

s/ Paul M. Egan
One of Their Attorneys

Paul M. Egan
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Ste. 600
Chicago, IL 60601

# CERTIFICATE OF SERVICE

I, Paul M. Egan, an attorney, certify that I caused the foregoing Notice of Voluntary Dismissal to be emailed to cbuck@rcklawfirm.com this 24th day of August, 2021.

Dated this 24th day of August, 2021

                                              s/ Paul M. Egan
                                              ARNOLD AND KADJAN, LLP
                                              35 E. Wacker Drive, Suite 600
                                              Chicago, IL 60601
                                              312-236-0415