UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Trustees of the Will County Local 174 Carpenters
Pension Trust Fund, et al.

                    Plaintiff,

v.

                    Case No.:
                    1:21−cv−03578
                    Honorable Franklin
                    U. Valderrama

CTT Construction LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 24, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: On Plaintiffs' Notice of Voluntary Dismissal [6] and pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed without prejudice against Defendants CTT Construction LLC, an Illinois Liability Company doing business as Plainfield Construction Company. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). The joint initial status report deadline of 09/20/2021 is stricken. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.